IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES ALPINE, # 1422624, <br> Plaintiff, | § § § | |
| v. | § | CIVIL CASE NO. 3:18-CV-0604-N-BK |
| KENDALL RICHERSON, Warden, <br> Defendant. | § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff is **BARRED** by the three-strike provision and that his motion to proceed *in forma pauperis* is **DENIED**. *See* 28 U.S.C. § 1915(g).

SO ORDERED this 11th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE